[No. 4831-1-II.   Division Two.   June 2, 1982.]

*In the Matter of the Marriage of* DOROTHY RHOADS,
*Appellant, and* ROBERT RHOADS, *Respondent.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 71561, John W. Schumacher, J.,
entered May 30, 1980. *Affirmed* by unpublished opinion per
Green, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 4244-8-III.   Division Three.   June 3, 1982.]

*In the Matter of the Marriage of* ROGER BUTLER,
*Appellant, and* SALLY BUTLER, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. D-29135, Randolph S. Palmer, J. Pro Tem.,
entered October 3, 1980. *Reversed* and *remanded* by
unpublished opinion per Munson, J., concurred in by Roe,
A.C.J., and Reed, J.

[No. 9011-9-I.   Division One.   June 7, 1982.]

LIZZIE BEAMON, *Individually and as Administratrix,*
*Appellant,* v. MARITIME OVERSEAS
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 842139, William C. Goodloe, J., entered June
27, 1980. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by James and Callow, JJ.

[No. 8684-7-I.   Division One.   June 7, 1982.]

JOHN LEE DEBRUIN, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 55250, Byron L. Swedberg, J.,
entered March 11, 1980. *Affirmed* by unpublished opinion
per Corbett, J., concurred in by Swanson and Callow, JJ.